

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

YUSEF O. BUSH,                                )
                                             )
        Plaintiff,                           )
                                             )
    v.                                       )        Civil Action No.  19-2867 (UNA)
                                             )
DISTRICT OF COLUMBIA *et al*.,               )
                                             )
        Defendants.                          )

**MEMORANDUM OPINION**

Plaintiff has filed a motion under Rule 60(b) of the Federal Rules of Civil Procedure, seeking relief  from the order entered on October 29, 2019, which dismissed this action for want of subject matter jurisdiction.  *See* Mem. Op. [Dkt. # 7]; Order [Dkt. # 8].  In its discretion, a court may relieve a party from a final judgment, order or proceeding for any one of six enumerated reasons.  *See* Fed. R. Civ. P. 60(b)(1)-(6).  Plaintiff seeks to reopen this matter "due to [his] mistake and inadvertence," Mot. at 1, but he has stated nothing to cure the complaint's jurisdictional defects.  Therefore, plaintiff's motion [Dkt. # 14] is denied.  A  separate order accompanies this memorandum opinion.

                                        SIGNED:     EMMET G. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE
DATE:  June 2, 2020